# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D18-1201

————————————————

JOHN VENN, JR., as trustee for
the Estate of Lisa Buckley,

Appellant,

v.

BAY DISTRICT SCHOOLS,

Appellee.

————————————————

On appeal from the Circuit Court for Bay County.
Allen L. Register, Judge.

November 30, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

J. Cole Davis and Julia Kathleen Claypool of Hand Arendall Harrison Sale, Panama City, for Appellee.